IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| PATTY JO SHARP,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>    Defendant. | Civil No. 3:16cv375 (HEH) |

**ORDER**

This matter comes before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) on Plaintiff Patty Jo Sharp's ("Plaintiff") Motion to Compel Deposition Appearance, Overrule Objections, and to Compel Full Discovery Responses ("Motion to Compel") (ECF No. 20), after having been referred to the undersigned by United States District Judge Henry E. Hudson. (ECF No. 26.) On January 5, 2017, the Court ordered the parties to file a joint submission delineating the discovery disputes that remained after counsel met and conferred in person. (ECF No. 27.) The Court has reviewed that submission, Joint Statement Regarding Plaintiff's Motion to Compel Deposition Appearance, Overrule Objections, and to Compel Full Discovery Responses (ECF No. 35), and finds that Plaintiff has failed to demonstrate the relevancy or proportionality that Federal Rule of Civil Procedure 26(b)(1) requires. Plaintiff failed to establish little, if any, relevancy of the discovery that she seeks, and even if the information sought was relevant, Plaintiff has failed to establish that its relevance is proportional to the needs of this case. Therefore, the Court finds that Plaintiff has failed to meet her burden, and a hearing on the matter will not aid the Court. The Court hereby

DENIES Plaintiff's Motion to Compel (ECF No. 20) to the extent that Plaintiff seeks additional evidence beyond that which Experian has already given, based upon relevance and proportionality.

Let the Clerk file this Order electronically and notify all counsel and United States District Judge Henry E. Hudson accordingly.

It is so ORDERED.

                                                                /s/
                                              David J. Novak
                                              United States Magistrate Judge

Richmond, Virginia
Date: January 19, 2016